## TERRANCE WILLIAMS *v.* COMMISSIONER OF CORRECTION

The petitioner Terrance Williams' petition for certification for appeal from the Appellate Court, 120 Conn. App. 412 (AC 29528), is denied.

*Wayne A. Francis*, special public defender, in support of the petition.

*Bruce R. Lockwood*, senior assistant state's attorney, in opposition.

Decided June 24, 2010